```
United States District Court
Southern District of Texas
        ENTERED
    AUG 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk
```

```
United States District Court
Southern District of Texas
         FILED
    AUG 14 1998

Michael N. Milby, Clerk of Court
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS CASANOBA,<br>    Plaintiff,<br><br>v.<br><br>MARIO GONZALEZ,<br>    Field Office Manager,<br>    Harlingen, Texas,<br>    Social Security Admin.<br>        and<br><br>SHIRLEY S. CHATER,<br>    Commissioner of<br>    Social Security. | No. C.A. B-98-53<br>    (636(c)) |

ORDER OF DISMISSAL

Came to be heard Petitioner's Unopposed Motion To Dismiss, and it appearing to the Court that said motion should be granted,

IT IS HEREBY ORDERED that the instant cause be, and the same hereby is, dismissed, with prejudice.

DONE at Brownsville, Texas
August 14, 1998.

_____
FIDENCIO G. GARZA, JR
UNITED STATES MAGISTRATE JUDGE